IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAJ WALTON, | : | CIVIL ACTION |
|           Plaintiff, | : | |
| | : | No. 13-6896 |
|     v. | : | |
| | : | |
| SPHERION STAFFING LLC a/k/a | : | |
| SPHERION STAFFING SERVICES, | : | |
| and TECH DATA CORPORATION, | : | |
| | : | |
|           Defendants. | : | |

## **ORDER**

On this 13th day of January, 2015, upon consideration of Defendant's Motion for Judgment on the Pleadings, Plaintiff's Response thereto, and the parties' respective Reply Briefs, Defendant's Motion for Judgment on the Pleadings is **DENIED** based on the reasoning set forth in the foregoing memorandum.

                                                                         /s/ Gerald Austin McHugh
                                                        United States District Court Judge